IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 1:11-CR-218-TWT-CCH |
| COOK ET AL | : | |

PETITION FOR LEAVE OF ABSENCE

COMES NOW the United States of America, by and through its counsel, Sally Quillian Yates, United States Attorney, and Susan Coppedge, Assistant United States Attorney, for the Northern District of Georgia, pursuant to LR 110-5(d), NDGa, and files this Petition for Leave of Absence for Susan Coppedge in the above-styled action from May 7, 2012 up to and including August 31, 2012. Assistant United States Attorney Cassandra Schansman is also attorney of record for the United States and will handle any matters during this absence.

Respectfully submitted, this 13th day of April, 2012.

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY


/s/SUSAN COPPEDGE
ASSISTANT UNITED STATES ATTORNEY

600 U.S. Courthouse
75 Spring St., S.W.
Atlanta, GA  30303
404/581-6250
Georgia Bar No. 187251
susan.coppedge@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

This is to certify that the undersigned has this date electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney(s) of record:

Donald F. Samuel, Esq.
3151 Maple Drive, NE
Atlanta, GA 30305

Kristen W. Novay, Esq.
3151 Maple Drive, NE
Atlanta, GA 30305

George O. Lawson, Jr., Esq.
3800 Camp Creek Parkway
Building 1200, Suite 150
Atlanta, GA 30331

Steven H. Sadow, Esq.
260 Peachtree Street, NW
Suite 2502
Atlanta, GA 30303

Page A. Pate, Esq.
101 Marietta Street
Suite 3300
Atlanta, GA 30303

William A. Morrison, Esq.
PO Box 56247
Atlanta, GA 30343

David H. Jones, Esq.
215 Pryor Street
Atlanta, GA 30303

This 13th day of April, 2012.

/s/SUSAN COPPEDGE
ASSISTANT UNITED STATES ATTORNEY
Susan.Coppedge@usdoj.gov