IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

GLENN A. COOK,

    Defendant.

CRIMINAL FILE NO.
1:11-CR-218-1-TWT

ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 184] of the Magistrate Judge recommending denying the Defendants' Motions to Suppress [Doc. 93, 104, 115 & 116]. For the reasons set forth in the Report and Recommendation, the Government's applications set forth adequate grounds for issuance of the wiretap orders. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motions to Suppress [Doc. 93, 104, 115 & 116] are DENIED.

SO ORDERED, this 23rd day of April, 2012.

    /s/Thomas W. Thrash
    THOMAS W. THRASH, JR.
    United States District Judge